1  JACK SCHWARTZ
2  430 Andrew Lane
   Reno, Nevada 89521
3  jacksch100@yahoo.com

4  (775) 772-1693
5  In Pro Se

6

7

8            **UNITED STATES DISTRICT COURT**

9            **NORTHERN  DISTRICT  OF  NEVADA**

10

11  JACK SCHWARTZ,

12              Plaintiff,                    CASE NO:  3:10-cv-00556-LRH-RAM

13                                            **REQUEST FOR ACCESS**
                                              **TO CM/ECF FILING**
14  vs.

15  JP MORGAN CHASE BANK, NA, a New
    York Corporation, WASHINGTON MUTUAL
16  BANK, fka Washington Mutual Bank, F.A., a    Date:
    Washington Corporation, CALIFORNIA          Time:
17  RECONVEYANCE COMPANY, a California           Dept:
    Corporation,  LARRY ANDREWS, a Nevada
18  Corporation,  LSI TITLE AGENCY INC., a
    Nevada Corporation, and DOES 1 through 20,
19  inclusive,
20
21              Defendants.
22

23          **REQUEST FOR ACCESS TO CM/ECF FILING**
24

25
        Plaintiff JACK SCHWARTZ, (hereinafter "Plaintiff" or "Schwartz") requests
26
27  permission to access and file court papers through the Case Management/Electronic Case Files

28  System.  Plainftiff is handicapped due to a spinal injury, which makes it difficult to file

                              - 1 -

1   file court documents in person.  Plaintiff is in the process of securing legal counsel following

2   the surprise and unforeseen Substitution out of the case by Tory M. Pankopf.  In the mean-

3
    time, access to the electronic docketing system will be of great help to Plaintiff for any
4

5   incidental filings that may prove necessary.  Plaintiff expects to secure new counsel shortly,

6   having had several interviews with potential attorneys with more experience in the subject

7
    area than prior counsel, and with the ability to demonstrate to the Court's satisfaction that
8

9   Plaintiff's case has merit.

10  Therefore, for the aforesaid reasons, Plaintiff requests that his Request for Access to

11
12  CM/ECF  filing be granted until new counsel is secured.

13                                   Dated this 12th  of November, 2010

14

15                                   Jack Schwartz
                                     In Pro Se
16

17

18                                   IT IS SO ORDERED

19

20                                   U.S. MAGISTRATE JUDGE

21                                   DATED: November 15, 2010

22

23

24

25

26

27

28

                                   -2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _11th_ day of November, 2010, a true copy of the

Foregoing REQUEST FOR ORAL ARGUMENT was served by mail, postage prepaid, to the

following:

> Jay Earl Smith, Esq.
> Joseph T. Prete, Esq.
> SMITH LARSEN & WIXOM
> Hills Center Business Park
> 1935 Village Center Circle
> Las Vegas, Nevada 89134
> Attorneys for Defendants
> JPMorgan Chase Bank, N.A.,
> And California Reconveyance Company

An employee of Jack Schwartz