1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

(NORTHERN DIVISION – RENO)

| | | |
|---|---|---|
| JACK SCHWARTZ, | ) | CASE NO.   3:10-cv-00556-LRH-RAM |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CANCEL AND EXPUNGE NOTICES OF PENDENCY OF ACTION RELATED TO PROPERTY COMMONLY KNOWN AS 430 ANDREW LANE, RENO, NEVADA 89521** |
| JP MORGAN CHASE BANK, N.A., a New York Corporation, CALIFORNIA RECONVEYANCE COMPANY, a California corporation, LARRY ANDREWS, a Nevada corporation, LSI TITLE AGENCY INC., a Nevada corporation, and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |

. . .

. . .

. . .

The Court, having reviewed the Motion to Expunge Lis Pendens (Doc. 8) ("Motion to Expunge") filed by defendants JPMorgan Chase Bank, N.A. ("JPMorgan") and California Reconveyance Company ("CRC") (collectively, the "Defendants"), and all related pleadings and papers on file herein, and having entered an Order (Doc. 25) granting Defendants' Motion to Dismiss (Doc. 6), and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Expunge is GRANTED;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any notices of pendency of action or notices of lis pendens, including instrument nos. 3884361, 3898940, and 3898941 (the "Notices of Pendency of Action") that Plaintiff Jack Schwartz recorded, or caused to be recorded, against the property that is the subject of this action (430 Andrew Lane, Reno, Nevada 89521, parcel nos. 017-350-50 and 017-350-54 (and 017-350-05, to the extent applicable)) shall be CANCELLED; that this cancellation shall have the same effect as an expungement of the Notices of Pendency of Action, which Notices of Pendency of Action shall have no force or effect whatsoever; and that this Order may be recorded forthwith with the Washoe County Recorder.

ORDER

IT IS SO ORDERED.

DATED this 15th day of December, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2